UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

HEWITT A. GRANT, II and
JEROME BOYNTON,

    Plaintiffs,

v.                                                  Case No. 5:20-cv-307-RV-MJF

MARK INCH, et al.,

    Defendants.
_____/

# **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 17, 2020 (ECF No. 5). Plaintiffs were furnished a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed, and I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this order.

2.    This case is **DISMISSED** without prejudice to each Plaintiff filing a new individual complaint on his own behalf, and either paying the full $400.00 fee

($350.00 filing fee and $50.00 administrative fee) or submitting an individual application to proceed *in forma pauperis*.

    3.    The clerk of the court shall close this case file.

**DONE AND ORDERED** this 18th day of December, 2020.

                      */s/ Roger Vinson*
                      **ROGER VINSON**
                      **SENIOR UNITED STATES DISTRICT JUDGE**